No. 419, Misc. McBride *v.* Teets, Warden. Supreme Court of California. Certiorari denied.

No. 468, Misc. Swails *v.* Louisiana. Supreme Court of Louisiana. Certiorari denied.

No. 472, Misc. Gennaitte *v.* Heinze, Warden, et al. Supreme Court of California. Certiorari denied.

No. 474, Misc. Bolden *v.* Illinois. Supreme Court of Illinois. Certiorari denied.

No. 486, Misc. Wilson *v.* Delaware. Supreme Court of Delaware. Certiorari denied. *Louis L. Redding* for petitioner. *Joseph Donald Craven,* Attorney General of Delaware, for respondent.

No. 506. Tamblyn *v.* United States, *ante,* p. 950; and

No. 386, Misc. Marshall *v.* United States, *ante,* p. 948. Petitions for rehearing denied. Mr. Justice Harlan took no part in the consideration or decision of these applications.

April 5, 1955.

No. 512. S. Howes Co., Inc. *v.* W. P. Milling Co. Appeal from the Supreme Court of Oklahoma. Probable jurisdiction noted, 348 U. S. 949. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *A. Camp Bonds* and *Manly Fleischmann* for appellant. *Thomas L. Gibson* for appellee.